UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JUAN A. RODRIGUEZ, also known as Eric Fontanez,

                       Plaintiff,
        vs                                               9:06-CV-577

HEARING OFFICER BULLIS; SUPT. WOODS;
T. HOWARD, Correctional Officer; JOHN DOE,
Correctional Officer; GIL, Sergeant; R. MacWILLIAMS
and H. HERMAN, Each Correctional Officer,

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

JUAN A. RODRIGUEZ,
also known as Eric Fontanez
Plaintiff, Pro Se
Dutchess County Jail
150 North Hamilton Street
Poughkeepsie, NY 12602

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Juan A. Rodriguez, aka Eric Fontanez, brought this civil rights action pursuant to 42 U.S.C. § 1983, and filed an amended complaint on July 17, 2006. By Amended Report-Recommendation dated February 5, 2007, the Honorable Randolph F. Treece, United States Magistrate Judge, recommended that this action be dismissed. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Treece, the Amended Report-Recommendation is accepted and adopted in its entirety. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that this action is DISMISSED.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

Dated:  March  14, 2007
        Utica, New York.

United States District Judge